```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 07 B 17259
    JASON W BOHL
                                         CHAPTER 13

                                         JUDGE: MANUEL BARBOSA

        Debtor
    SSN XXX-XX-2525


----------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 09/21/07 .

    2.  The case was dismissed without confirmation, 12/20/2007.

----------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                           PAID           PAID
----------------------------------------------------------------------
HSBC AUTO FINANCE          SECURED VEHIC   NOT FILED            .00             .00
JULIE BRODY                CHILD SUPPORT   NOT FILED            .00             .00
DELNOR COMMUNITY HOSPITA   UNSECURED       NOT FILED            .00             .00
      Summary of disbursements:
----------------------------------------------------------------------
                     SECURED      PRIORITY    UNSECURED      OTHER          TOTAL
----------------------------------------------------------------------
TOTAL CLMS ALLOWED        .00          .00          .00          .00            .00
PRINCIPAL PAID            .00          .00          .00          .00            .00
INTEREST PAID             .00          .00          .00          .00            .00
TOTAL PAID                .00          .00          .00          .00            .00
The Debtor's attorney, PRO SE DEBTOR                 , was allowed $         .00
and was paid $         .00 .

The Trustee received $          .00 .

Refunds to the Debtor totaled $          .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


     Dated: 03/11/08                  /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
     CASE NO. 07 B 17259 JASON W BOHL
```